THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHWEST HOME DESIGNING, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOUND BUILT HOMES, INC. d/b/a SOUNDBUILT HOMES, INC., a Washington corporation; SUNRIDGE HOMES, INC., a Washington corporation; SOUNDBUILT NORTHWEST, LLC, a Washington limited liability company; and GARY J. RACCA, individually,<br><br>Defendants. | Case No. C10-5016 RJB<br><br>ORDER CONTINUING TRIAL DATE AND AMENDING CASE SCHEDULE<br><br>**NOTE ON MOTION CALENDAR:**<br>**August 5, 2010** |

This matter was brought before this court by the parties' Joint Motion to Continue Trial Date and Amend Case Schedule Deadlines and the Court being otherwise fully advised herein,

**IT IS HEREBY ORDERED** that the deadline to file a motion to join additional parties, complete discovery, and file expert reports in Case No. C10-5016 RJB shall be extended 90 days as follows:

- The DEADLINE for filing any motion to add parties: **November 10, 2010**.
- The DEADLINE for completion of discovery: **February 25, 2011.**

ORDER CONTINUING TRIAL DATE AND
AMENDING CASE SCHEDULE- 1
Case No. C10-5016 RJB
PDX/119243/174849/VNI/6307788.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3400
Seattle, WA  98101-4010
Telephone 206.622.1711  Fax 206.292.0460

1     •     The DEADLINE for expert reports from the party with the burden of proof:
2 **December 1, 2010**.

3     •     The DEADLINE for expert reports in response is **January 10, 2011**.

4     •     The DEADLINE for supplementation of an original or a responsive expert
5 report: **January 26, 2011**.

6 And

7     **IT IS HEREBY ORDERED** that the trial date shall be continued until **June 13,**
8 **2011.**

9 All other agreements set forth on the parties' Joint Rule 26(f) Report, dated April 22,
10 2010, shall remain the same.

12 Dated this 9th day of August, 2010.

_(signature)_
ROBERT J. BRYAN
United States District Judge

18 Presented by:

19 SCHWABE, WILLIAMSON & WYATT, P.C.

21 By: */s/Matthew Turetsky*
Aaron M. Laing, WSBA #34453
22 Matthew Turetsky, WSBA #23611
Virginia R. Nicholson, WSBA #39601
23 Attorneys for Defendants Sound Built Homes, Inc.
dba Soundbuilt Homes, Inc.; Sunridge Homes, Inc.;
24 Soundbuilt Northwest, LLC; and Gary J. Racca

ORDER CONTINUING TRIAL DATE AND
AMENDING CASE SCHEDULE- 2
Case No. C10-5016 RJB
PDX/119243/174849/VNI/6307788.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax 206.292.0460

| | |
|---|---|
| 1 | Approved as to form, copy received; Notice of presentation waived: |
| 2 | |
| 3 | FOSTER PEPPER PLLC. |
| 4 | |
| 5 | By: */s/Samuel T. Bull (via e-mail authorization)*<br>Samuel T. Bull, WSBA # 34387 |
| 6 | Michael S. Schechter, WSBA # 35602<br>Attorneys for Plaintiff Northwest Home Designing, Inc. |
| 7 | |
| 8 | COATS & BENNETT PLLC. |
| 9 | |
| 10 | By: */s/David E. Bennett (via e-mail authorization)*<br>Karen S. Schuller, *pro hac vice,* |
| 11 | David E. Bennett, *pro hac vice*,<br>Attorneys for Plaintiff Northwest Home Designing, Inc. |

ORDER CONTINUING TRIAL DATE AND
AMENDING CASE SCHEDULE- 3
Case No. C10-5016 RJB

PDX/119243/174849/VNI/6307788.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3400
Seattle, WA 98101-4010
Telephone 206.622.1711 Fax 206.292.0460