The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHWEST HOME DESIGNING INC., <br><br> Plaintiff, <br><br> vs. <br><br> SOUND BUILT HOMES INC., *et al*., <br><br> Defendants, <br><br> vs. <br><br> REMIDCO, INC., *et al*., <br><br> Third-Party Defendants. <br><br> GERRY SLICK, *et al*., <br><br> Counter-Claimants, <br><br> vs. <br><br> NORTHWEST HOME DESIGNING INC., <br><br> Counter-Defendant. | No. 3:10-cv-05016-RJB <br><br> ORDER GRANTING JOINT MOTION TO ENTER CONSENT JUDGMENT |

This matter came before the Court on Plaintiff/Counter-Defendant Northwest Home Designing, Inc. and Defendant Sound Built Homes Inc., Sunridge Homes, Inc., Soundbuilt

ORDER GRANTING JOINT MOTION TO ENTER CONSENT JUDGMENT  Case No. 3:10-cv-05016-RJB  - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

1  Northwest, LLC, and Garry J. Racca's Joint Motion to Enter Consent Judgment.  The Court has
2  considered:
3      (1)  Plaintiff/Counter-Defendant's and Defendants' Joint Motion to Enter Consent
4  Judgment;
5      (2)  Counter-Claimants' Third Party Defendants Gerry Slick and Gerry Slick Design
6  Group's Opposition to Joint Motion to Enter Consent Judgment; and
7      (3)  Plaintiff/Counter-Defendant's Reply in Support of Joint Motion to Enter Consent
8  Judgment and Declaration of David E. Bennett in Support of Plaintiff's Reply in Support of Its
9  Joint Motion to Enter Consent Judgment and exhibits attached thereto.
10     The Court, having considered the same and being otherwise fully advised, hereby orders
11 that Plaintiff/Counter-Defendant and Defendants' Motion To Enter Consent Judgment is
12 **GRANTED**.  The Consent Judgment shall be entered with the Court.
13     DONE IN OPEN COURT this 11th day of April, 2011.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:
FOSTER PEPPER PLLC


    *s/ Samuel T. Bull*
Samuel T. Bull, WSBA No. 34387
Michael S. Schechter, WSBA No. 35602
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone:  206-447-4400
Fax:  206-447-9700
bulls@foster.com
schmi@foster.com

ORDER GRANTING JOINT MOTION TO ENTER CONSENT
JUDGMENT  Case No. 3:10-cv-05016-RJB  - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

1

2   COATS & BENNETT, P.L.L.C.

3

     *s/ David E. Bennett*

4   David E. Bennett, NC State Bar No.: 12,864
   (Admitted *Pro Hac Vice*)

5   Anthony J. Biller, NC State Bar No. 24,117
   (Admitted *Pro Hac Vice*)

6   1400 Crescent Green, Suite 300

7   Cary, NC  27518
   Telephone:     (919) 854-1844

8   Fax:     (919) 854-2084
   Email: dbennett@coatsandbennett.com

9           abiller@coatsandbennett.com

10
   Attorneys for Plaintiff

11  Northwest Home Designing, Inc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING JOINT MOTION TO ENTER CONSENT
JUDGMENT   Case No. 3:10-cv-05016-RJB  - 3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.