The Honorable Judge Robert J. Bryan

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

NORTHWEST HOME DESIGNING INC.,

    Plaintiff,

v.

SOUND BUILT HOMES INC., *et al*.,

    Defendants,

v.

REMIDCO, INC., *et al*.,

    Third-Party Defendants.

GERRY SLICK, *et al*.,

    Counter-Claimants,

v.

NORTHWEST HOME DESIGNING INC.,

    Counter-Defendant.

Case No.: 3:10-cv-05016-RJB

CONSENT JUDGMENT

Before the Court is the Joint Motion for Consent Judgment filed by Plaintiff Northwest Home Designing, Inc. ("NHD") and Defendants Sound Built Homes, Inc, Sunridge Homes, Inc.,

CONSENT JUDGMENT
Case No.: 3:10-cv-05016-RJB

1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

Soundbuilt Northwest, LLC, and Gary J. Racca (collectively, "the Sound Built Defendants"). Pursuant to Rule 58 of the Federal Rules of Civil Procedure and the agreement of the parties, the Court enters judgment for NHD and against the Sound Built Defendants as follows:

## FINDINGS OF FACT

1.   Plaintiff NHD is a Washington corporation with its principal place of business in Lakewood, Washington.

2.   Defendant Soundbuilt Northwest, LLC is a limited liability company organized under the laws of Washington and is based in Puyallup, Washington. Defendants Sound Built Homes, Inc., doing business as Soundbuilt Homes, and Sunridge Homes, Inc., were corporations that were merged with Soundbuilt Northwest, LLC in the manner required by law, in December, 2008. Defendant Racca is a resident of this district, is named in this action in his individual capacity, and the action concerns his separate property. These defendants are referred to herein as the "Sound Built Defendants," and they engage in the homebuilding business.

3.   In or about 1984, NHD created an original home plan identified as the G-262 plan. NHD owns Copyright Registration No. VA 420-485 for the G-262 plan, which is valid and subsisting.

4.   In or about 1996, NHD created an original home plan identified as the I-161 plan. NHD owns Copyright Registration No. VA 1-685-525 for the I-161 plan design, which is valid and subsisting.

5.   The Sound Built Defendants copied and created derivatives of the G-262 plan designated as the 1669 plan and used the 1669 plans to construct homes, all without the permission or consent of NHD.

CONSENT JUDGMENT
Case No.: 3:10-cv-05016-RJB

2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

6. The Sound Built Defendants also copied the I-161 and used the copies to construct homes, all without the permission or consent of NHD.

**7.** The NHD and the Sound Built Defendants have entered into a settlement agreement, pursuant to which the Sound Built Defendants agree to the entry of this judgment and injunctive relief, and also agree to make certain payment to NHD.

## CONCLUSIONS OF LAW AND ORDER

8. NHD owns the copyrights in the G-262 plan and the I-161 plan. The copyrights in these plans are valid, enforceable, and registered. The Court has subject matter jurisdiction over this action.

9. The Sound Built Defendants infringed NHD's copyrights in the G-262 plan and in the I-161 plan.

10. NHD suffered damages attributable to the infringement of its copyright by the Sound Built Defendants in the form of lost profits. Additionally, the Sound Built Defendants realized profits on the sale of homes based on the unauthorized plans.

11. It is therefore ORDERED that the Sound Built Defendants pay NHD the sum set forth in the Settlement Agreement between the parties.

12. The Sound Built Defendants are hereby PERMANENTLY ENJOINED from further copying, distributing, making derivatives therefrom or otherwise using NHD's copyrighted plans absent the express permission of NHD or as permitted by the terms of the parties' settlement agreement. The Sound Built Defendants may complete any homes currently under construction or permitted as of the date of this Order, which completion or construction shall not constitute a violation of this Order.

CONSENT JUDGMENT
Case No.: 3:10-cv-05016-RJB

3

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

13. As between NHD and the Sound Built Defendants, the parties shall bear their own cost and fees associated with this litigation, without compromise of the Sound Built Defendants' obligations under the Settlement Agreement with NHD.

14. The Court retains jurisdiction to enforce this Order and the Settlement Agreement.

15. The clerk shall enter judgment in favor of Plaintiff and against the Sound Built Defendants consistent with the terms of this order.

16. The claims of both NHD and the Sound Built Defendants against the remaining parties to this action continue without compromise or abatement.

The Court, having considered the same and being otherwise fully advised, hereby orders that the Joint Motion for Entry of Consent Judgment is **GRANTED**.

DONE IN OPEN COURT this 11th day of April, 2011.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

CONSENT JUDGMENT
Case No.: 3:10-cv-05016-RJB

4

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

PRESENTED BY:

**FOSTER PEPPER PLLC**

*s/ Samuel T. Bull*
Samuel T. Bull, WSBA No. 34387
Michael S. Schechter, WSBA No. 35602
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 447-4400
Fax: (206) 447-9700
Email: bulls@foster.com
       schmi@foster.com

**COATS & BENNETT, PLLC**
(Admitted *Pro Hac Vice*)
David E. Bennett, NC State Bar No. 12,864
Anthony J. Biller, NC State Bar No. 24,117
1400 Crescent Green, Suite 300
Cary, NC  27518
Telephone: (919) 854-1844
Fax: (919) 854-2084
Email: dbennett@coatsandbennett.com
       abiller@coatsandbennett.com

*Attorneys for Plaintiff*
*Northwest Home Designing, Inc.*

**SCHWABE, WILLIAMSON & WYATT, P.C.**

*s/ Matthew Turetsky*
Matthew Turetsky, WSBA No. 23611
Aaron M. Laing, WSBA No. 34453
Virginia R. Nicholson, WSBA No. 39601
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone: (206) 622-1711
Fax: (206) 292-0460
Email: mturetsky@schwabe.com
       alaing@schwabe.com
       vnicholson@schwabe.com

*Counsel for Defendants Sound Built Homes, Inc, Sunridge Homes, Inc., Soundbuilt Northwest, LLC, and Gary J. Racca*

CONSENT JUDGMENT
Case No.: 3:10-cv-05016-RJB

5

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700